# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL V. PELLICANO,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:17-0698** |
| | : | |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **THE OFFICE OF PERSONNEL MANAGEMENT, INSURANCE OPERATIONS, HEALTH INSURANCE II,** | : | |
| | : | |
| **Defendants** | | |

## ORDER

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

1. the Report and Recommendation of Judge Saporito, **(Doc. 45)**, is **ADOPTED IN ITS ENTIRETY**.

2. the plaintiff's objections to the report, **(Doc. 50)**, are **DENIED**.

3. OPM's cross-motion for summary judgment, **(Doc. 35)**, is **GRANTED**.

4. the plaintiff's cross-motion for summary judgment, **(Doc. 37)**, is **DENIED**.

5. OPM's decisions are **AFFIRMED** and, the clerk of court is directed to enter **JUDGMENT** in favor of OPM with respect to plaintiff's Claim Nos. Y15035005, Y15099009, and Y16063002.

6. the plaintiff's motion for reconsideration of Judge Saporito's Order, **(Doc. 49)**, is **DENIED**.


*s/ Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 30, 2020**
17-698-01